IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

**FILED**
APR 17 2012
ROBERT D. DENNIS
U.S. DIST. COURT WESTERN DIST OKLA
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. CR 12-100 R |
| -vs- | ) | |
| | ) | |
| JAMES BRADLEY NELSON, | ) | Violations: 18 USC § 2244(a)(5) |
| | ) | 18 USC § 1152 |
| | ) | 18 USC § 2243(a) |
| Defendant. | ) | 18 USC § 2244(a)(4) |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (Abusive Sexual Contact With A Minor)

1. On a date in or about July, 2011, while within Indian Country as defined by Title 18, United States Code, Section 1151(c), in Norman, Oklahoma, within the Western District of Oklahoma,

----------------------------------- **JAMES BRADLEY NELSON,** -----------------------------

the defendant, a non-Indian, knowingly engaged in sexual contact with another person, that being Jane Doe 1, an Indian who had not yet attained the age of twelve (12) years, by intentionally touching, through the clothing, the buttocks of said child, with his hand and fingers with the intent to abuse, humiliate, harass, degrade Jane Doe 1, and arouse and gratify defendant's sexual desire.

All in violation of Title 18, United States Code, Section 2244(a)(5) and Title 18, United States Code, Section 1152.

## COUNT 2
### (Sexual Abuse Of A Minor)

2. On a date between November 2003 and September 5, 2004, while within Indian Country as defined by Title 18, United States Code, Section 1151(c), in Norman, Oklahoma, within the Western District of Oklahoma,

---------------------------------- **JAMES BRADLEY NELSON**, ----------------------------

the defendant, a non-Indian, knowingly engaged in a sexual act with another person, that being Jane Doe 2, an Indian who had attained the age of twelve (12) years but had not attained the age of sixteen (16) years, and who was at least four (4) years younger than the defendant, and the sexual act consisted of the defendant intentionally making contact between the child's vulva and defendant's mouth.

All in violation of Title 18, United States Code, Section 2243(a) and Title 18, United States Code, Section 1152.

## COUNT 3
### (Abusive Sexual Contact With A Minor)

3. On a date between November 2003 and September 5, 2004, while within Indian Country as defined by Title 18, United States Code, Section 1151(c), in Norman, Oklahoma, within the Western District of Oklahoma,

---------------------------------- **JAMES BRADLEY NELSON**, ----------------------------

the defendant, a non-Indian, knowingly engaged in sexual contact with another person, that being Jane Doe 2, an Indian who had attained the age of twelve (12) years but had not attained the age of sixteen (16) years, and who was at least four (4) years younger than the defendant, and the sexual contact consisted of the defendant intentionally touching the child's breasts with his hands, with the intent to abuse, humiliate, harass, degrade Jane Doe 2, and arouse and gratify defendant's sexual desire.

All in violation of Title 18, United States Code, Section 2244(a)(4) and Title 18, United States Code, Section 1152.

## COUNT 4
### (Abusive Sexual Contact With A Minor)

4.  On a date between November 2003 and September 5, 2004, while within Indian Country as defined by Title 18, United States Code, Section 1151(c), in Norman, Oklahoma, within the Western District of Oklahoma,

----------------------------------- **JAMES BRADLEY NELSON**, -----------------------------

the defendant, a non-Indian, knowingly engaged in sexual contact with another person, that being Jane Doe 2, an Indian who had attained the age of twelve (12) years but had not attained the age of sixteen (16) years, and who was at least four (4) years younger than the defendant, and the sexual contact consisted of the defendant intentionally causing the child to touch defendant's penis with her hand, with the intent to abuse, humiliate, harass, degrade Jane Doe 2, and arouse and gratify defendant's sexual desire.

All in violation of Title 18, United States Code, Section 2244(a)(4) and Title 18, United States Code, Section 1152.

A TRUE BILL:

*/s/ Foreperson*

FOREPERSON OF THE GRAND JURY

SANFORD C. COATS
United States Attorney

*/s/ Rozia McKinney-Foster*

ROZIA MCKINNEY-FOSTER
Assistant U.S. Attorney